```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06394
    MARCUS EDWARD JONES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5197

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/10/2007 and was confirmed 06/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             500.00        33.05        228.06
AMERICAN GENERAL FINANCE   UNSEC W/INTER      2888.45       216.35        153.50
FIFTH THIRD BANK           SECURED VEHIC    17080.14        825.99       5234.01
FIFTH THIRD BANK           UNSEC W/INTER   NOT FILED          .00            .00
CAPITAL ONE                UNSEC W/INTER     1640.68       122.87         87.20
CAPITAL ONE                UNSEC W/INTER     2066.09       154.74        109.82
HOME DEPOT CREDIT SVC      UNSEC W/INTER   NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     3657.04       273.88        194.35
ECAST SETTLEMENT CORP      UNSEC W/INTER     1351.07        82.64         71.78
LVNV FUNDING LLC           UNSEC W/INTER     9871.64       603.67        524.62
LVNV FUNDING LLC           UNSEC W/INTER     3883.68       237.49        206.40
ILLINOIS DEPT OF REVENUE   PRIORITY              .00          .00            .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER         .00          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      1,150.00                    1,150.00
TOM VAUGHN                 TRUSTEE                                        738.92
DEBTOR REFUND              REFUND                                       2,637.22

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              13,886.56

PRIORITY                                         .00
SECURED                                     5,462.07
    INTEREST                                  859.04
UNSECURED                                   1,347.67
    INTEREST                                1,691.64
ADMINISTRATIVE                              1,150.00
TRUSTEE COMPENSATION                          738.92
DEBTOR REFUND                               2,637.22
                                        ---------------  ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 06394 MARCUS EDWARD JONES
```

```
TOTALS                                    13,886.56            13,886.56
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/19/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```